NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTIMUMPATH, LLC,**
*Plaintiff-Appellant,*

v.

**BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., AND NETGEAR, INC.,**
*Defendants-Appellees.*

---

2011-1458

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1398, Judge Claudia Wilken.

---

## ON MOTION

---

## ORDER

Upon consideration of Edward W. Goldstein's unopposed motion to withdraw as counsel for OptimumPath, LLC,

IT IS ORDERED THAT:

The motion is granted. New principal counsel should promptly enter an appearance if they have not already done so.

FOR THE COURT

**SEP 2 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward W. Goldstein, Esq.
   Robert L. Reibold, Esq.
   Charles K. Verhoeven, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 2 8 2011**

**JAN HORBALY**
**CLERK**